**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                          April 25, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-03232-RPM

REBECCA UNTISZ,                                              Kevin Flesch

      Plaintiff,

v.

CITY OF GREENWOOD VILLAGE,                       Gillian M. Fahlsing
                                                                         Jennifer F. Kemp

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**2:00 p.m.         Court in session.**

Court's preliminary remarks and states its understanding of the case.

Mr. Flesch answers questions asked by the Court.
Mr. Flesch states plaintiff is receiving disability benefits.

Argument by Ms. Fahlsing.
Argument by Mr. Flesch.
Rebuttal argument by Ms. Fahlsing.

**ORDERED:     Defendant's Motion for Summary Judgment, [19], is taken under advisement.**

**2:30 p.m.         Court in recess.**

Hearing concluded.  Total time: 30  min.