IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03232-RPM

REBECCA UNTISZ,

      Plaintiff,

v.

CITY OF GREENWOOD VILLAGE,

      Defendant.

_____

## JUDGMENT
_____

      Pursuant to the Order Granting Summary Judgment entered by Senior Judge Richard P. Matsch today, it is

      ORDERED AND ADJUDGED that this civil action is dismissed.  Defendant is awarded costs upon the filing of a Bill of Costs within 14 days.

      DATED: May 20, 2013.

      FOR THE COURT:

      JEFFREY P. COLWELL, Clerk

            s/M. V. Wentz

      By_____
            Deputy